

**Entered on Docket
February 02, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Kristin A. Schuler-Hintz, Esq., SBN 7171 |
| 10 | Seth J. Adams, Esq., SBN 11034 |
| | Christopher K. Lezak, Esq., SBN 11185 |
| 11 | McCarthy & Holthus, LLP |
| | 811 South Sixth Street |
| 12 | Las Vegas, NV  89101 |
| | Phone (702) 685-0329 ext 3748 |
| 13 | Fax (866) 339-5691 |
| | NVBK@McCarthyHolthus.com |
| 14 | |
| | Attorney for Secured Creditor,Deutsche Bank National Trust Company, as Trustee for |
| 15 | Soundview Home Loan Trust Asset-Backed Certificates, Series 2006-2, its assignees and/or |
| | successors and the servicing agent WELLS FARGO BANK |
| 16 | |
| 17 | UNITED STATES BANKRUPTCY COURT |
| 18 | DISTRICT OF NEVADA |
| 19 | |

| | | |
|---|---|---|
| 20 | In re: | ) Case No.: 09-33050-MKN |
| | | ) |
| 21 | Rodolfo Avalos, | ) Chapter  7 |
| | Erika Avalos, | ) |
| 22 | | ) DATE:  1/20/10 |
| 23 | Debtors. | ) TIME:   1:30 pm |
| | | ) |
| 24 | | ) **ORDER TERMINATING** |
| | | ) **AUTOMATIC STAY** |
| 25 | _____ | ) |
| 26 | | |
| 27 | | |

     The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                    M&H File No. NV-09-18111
                                                                                             09-33050-mkn

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 2917 Kensington Street, Las Vegas, NV 89156.

    IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/ Seth J. Adams_____
Seth J. Adams, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329


Approved/Disapproved

*Emailed 01/21/10 – no response received*__
Timothy S. Cory
8831 West Sahara Ave
Las Vegas, NV 89117

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Timothy S Cory - Emailed 01/21/10 – no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Seth J. Adams.
Seth J. Adams, Esq.

### #

*Rev. 12.09*　　　　　　　　　　　　　　　　　　　　　　M&H File No. NV-09-18111
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　09-33050-mkn